AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**VINCENT RAY ROBERTS**
**DOB:** xx/xx/xx
**PDID** xxx-xxx

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about   **MARCH 26, 2007**   in   **WASHINGTON**   county, in the

_____ District of   **COLUMBIA**   defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance**
in violation of Title   **18**   United States Code, Section(s)   **841(b)(1)(c)**  .

I further state that I am   **DETECTIVE JAMES ZEREGA**  , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE JAMES ZEREGA**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                                                                         City and State

_____        _____
**Name & Title of Judicial Officer**                     **Signature of Judicial Officer**

**STATEMENT OF FACTS**

On Monday, March 26, 2007, at about 9:37 a.m., sworn officers with the Metropolitan Police Department Interdiction Unit conducted interviews on a Trailways bus at 1005 1st Street, N.E.,Washington , D.C.  The defendant VINCENT ROBERTS was a passenger on the bus and officers asked if they could search him and his bags and he consented.  As Detective Zerega was searching the defendant, he felt a large lump  just below the defendant's waistline and recovered one plastic bag that contained two additional plastic bags.  The first plastic bag contained 5 pellets of a tan powder wrapped in a napkin.  The second plastic bag which was also wrapped in a napkin contained a tan powder.  The powder substances field tested positive for opiates.  The heroin that was recovered from the defendant weighed 145 grams.  The defendant was placed under arrest and officers recovered $189.55 in U.S. Currency from the defendant.  In the officer's experience, the amount of the heroin indicated that it was intended for distribution rather than for personal use.

                                                 DETECTIVE JAMES ZEREGA
                                                 METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF MARCH, 2007

                                                 U.S. MAGISTRATE JUDGE